GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Varaluz, LLC*

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>VARALUZ, LLC,<br><br>    Debtor. | CASE No. 24-13181-hlb<br><br>Chapter 11 |
| VARALUZ, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WHITE ROAD CAPITAL LLC d/b/a GFE HOLDINGS, and BORIS MUSHEYEV,<br><br>    Defendants. | Adversary No. 24-01104-hlb |

**STIPULATION DISMISSING ADVERSARY PROCEEDING
AND VACATING ALL HEARINGS**

IT IS HEREBY STIPULATED and AGREED, by and between Varaluz, LLC, debtor and debtor-in-possession ("Debtor"), White Road Capital LLC d/b/a GFE Holdings ("White Road"), and Boris Musheyev ("Mr. Musheyev" and together with White Road and Debtor, the "Parties"), by and through their respective undersigned counsel, as follows:

1. Varaluz commenced the above-captioned adversary proceeding (the "Adversary Proceeding") by filing the *Complaint* (the "Complaint") [ECF No. 1].

1

2.      After the Complaint was filed, the Parties negotiated a settlement resolving the Adversary Proceeding.

3.      Pursuant to the terms of the settlement, this Adversary Proceeding shall be dismissed with prejudice, with each party to bear its own attorney's fees, expenses, and costs.

Dated this 24th day of February 2025.

| GARMAN TURNER GORDON LLP | PORTER SIMON LAW |
|---|---|
| By */s/ Talitha Gray Kozlowski*<br>TALITHA GRAY KOZLOWSKI, ESQ.<br>TERESA M. PILATOWICZ, ESQ.<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br><br>*Attorneys for Varaluz, LLC* | By:  */s/ Ethan J. Birnberg*<br>ETHAN J. BIRNBERG, ESQ.<br>5470 Kietzke Lane, Suite 300<br>Reno, Nevad 89511<br>Mailing address:<br>40200 Truckee Airport Road, Suite 1<br>Truckee, CA 96161<br><br>*Attorneys for White Road Capital dba GFE Holdings, and Boris Musheyev* |