_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
February 24, 2025

GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Varaluz, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>VARALUZ, LLC,<br><br>　　　　Debtor. | CASE No. 24-13181-hlb<br><br>Chapter 11 |
| VARALUZ, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WHITE ROAD CAPITAL LLC d/b/a GFE HOLDINGS, and BORIS MUSHEYEV,<br><br>　　　　Defendants. | Adversary No. 24-01104-hlb<br><br>**ORDER DISMISSING ADVERSARY PROCEEDING AND VACATING ALL HEARINGS** |

1

Varaluz, LLC, debtor and debtor-in-possession ("Debtor"), White Road Capital LLC d/b/a GFE Holdings ("White Road"), and Boris Musheyev ("Mr. Musheyev" and together with White Road and Debtor, the "Parties"), by and through their respective undersigned counsel, entered into that certain *Stipulation Dismissing Adversary Proceeding and Vacating All Hearings* (the "Stipulation").[1]

The Court, having read and considered the Stipulation and good cause appearing therefore;

IT IS HEREBY ORDERED that the Stipulation is approved.

IT IS FURTHER ORDERED that the Adversary Proceeding is hereby dismissed with prejudice, with each party to bear its own attorney's fees, expenses, and costs.

**IT IS SO ORDERED.**

| GARMAN TURNER GORDON LLP | PORTER SIMON LAW |
|---|---|
| By /s/ Talitha Gray Kozlowski<br>TALITHA GRAY KOZLOWSKI, ESQ.<br>TERESA M. PILATOWICZ, ESQ.<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br><br>*Attorneys for Varaluz, LLC* | By: /s/ Ethan J. Birnberg<br>ETHAN J. BIRNBERG, ESQ.<br>5470 Kietzke Lane, Suite 300<br>Reno, Nevad 89511<br>Mailing address:<br>40200 Truckee Airport Road, Suite 1<br>Truckee, CA 96161<br><br>*Attorneys for White Road Capital dba GFE Holdings, and Boris Musheyev* |

---

[1] All capitalized, undefined terms shall have the meaning ascribed to them in the Stipulation.